ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 FEB 27 AM 9:29

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

KENNY PASSMORE, )
 )
    Petitioner, )
 )
v. ) CV 105-10
 )
FREDRICK HEAD, Warden, )
 )
    Respondent. )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. The petition is **DISMISSED**, this civil action is **CLOSED**, and final judgment is **ENTERED** in favor of respondent.

SO ORDERED this 27th day of February, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE